Form 143

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Roger David Patterson
Tina Marie Patterson**
Debtor(s)

Bankruptcy Case No.: 19−21533−GLT

Chapter: 13
Docket No.: 64 − 63

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Joseph P. Covelli, Esq. has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: May 13, 2020

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Roger David Patterson
Tina Marie Patterson
      Debtors

Case No. 19-21533-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala        Page 1 of 1        Date Rcvd: May 13, 2020
                              Form ID: 143       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
aty          +Joseph Paul Covelli,   Covelli Law Offices,   357 Regis Avenue, Suite #1,   Pittsburgh, PA 15236-1451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
      Coleen A. Jeffrey   on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com, cajeffreyesquire@gmail.com
      Coleen A. Jeffrey   on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com, cajeffreyesquire@gmail.com
      James Warmbrodt   on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com
      Joseph Paul Covelli   on behalf of Creditor   USX Federal Credit Union covellilawoffices@yahoo.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                   TOTAL: 6