FILED
5/13/20 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ROGER DAVID PATTERSON and<br>TINA MARIE PATTERSON,<br>　Debtors<br><br>U$X FEDERAL CREDIT UNION,<br>　Movant<br><br>　v.<br><br>NO RESPONDENT<br>　Respondent | Bankruptcy No. 19 – 21533 – GLT<br><br><br>Chapter 13<br><br>Related to Dkt. No. 60<br>Hearing: May 20, 2020 at 10:30 a.m. |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes JOSEPH P. COVELLI, ESQUIRE, counsel for U$X FEDERAL CREDIT UNION in the above-captioned case, and certifies to this Honorable Court that he has satisfied the interest of his client U$X FEDERAL CREDIT UNION in the above-captioned case, and he has informed and received the consent of U$X FEDERAL CREDIT UNION in the above-captioned case, and has informed and received the consent of U$X FEDERAL CREDIT UNION to withdraw his appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), JOSEPH P. COVELLI, ESQUIRE, requests that this Honorable Court grant his request for leave for withdrawal of his appearance and termination of his CM/ECF record in this case.

Date: 4/17/20　　　　　Movant/Attorney:　/s/ Joseph P. Covelli
　　　　　　　　　　　　　　　　　　　　COVELLI LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　　357 Regis Avenue, Suite 1, Pittsburgh, PA 15236
　　　　　　　　　　　　　　　　　　　　412-653-5000
　　　　　　　　　　　　　　　　　　　　PA I. D. # 33720

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that JOSEPH P. COVELLI, ESQUIRE is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: May 13, 2020　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge　jah

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-21533-GLT
Roger David Patterson                                                     Chapter 13
Tina Marie Patterson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: May 13, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
cr             +USX Federal Credit Union,    USX Federal Credit Union,    1293 Freedom Road,
                Cranberry TWP, PA  16066,    UNITED STATES 16066-4955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
              Coleen A. Jeffrey    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com,
               cajeffreyesquire@gmail.com
              Coleen A. Jeffrey    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com,
               cajeffreyesquire@gmail.com
              James Warmbrodt    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee of MFRA Trust 2014-2 bkgroup@kmllawgroup.com
              Joseph Paul Covelli    on behalf of Creditor    USX Federal Credit Union covellilawoffices@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6