UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ) | CASE NO. 19-21533-GLT |
|     ROGER DAVID PATTERSON  ) | |
|     TINA MARIE PATTERSON  ) | |
|         Debtors  ) | Chapter 13 |
| ) | |
|     ROGER DAVID PATTERSON  ) | |
|     TINA MARIE PATTERSON  ) | |
|         Movants  ) | |
| ) | |
|     Vs.  ) | |
| ) | |
| RONDA J. WINNECOUR, Chapter 13  ) | |
| Trustee and U.S. TRUSTEE  ) | |
|         Respondents  ) | |

## **SUBSTITUTION OF APPEARANCE**

TO THE BANRUPTCY CLERK:

Kindly substitute my appearance for Coleen A. Jeffrey, Esquire, the current attorney of record.

 

Respectfully submitted,

***/s/Scott B. Lang***
Scott B. Lang, Esquire
426 Wray Large Road
Jefferson Hills
(412) 655-8500
PA ID #39710
langlaw.lang@gmail.com