IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21533-GLT |
| Roger David Patterson | : | |
| Tina Marie Patterson | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| Roger David Patterson | : | |
| | : | Related to Document No. 77 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| Kurt J. Lesker Company | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

**CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY TRUSTEE PURSUANT
TO WAGE ORDER AND LOCAL FORM 12**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January _18_, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-class mail and electronic delivery.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: _1/20/2022_

By: /s/Scott B. Lang, Esquire
Scott B. Lang, Esquire
426 Wray Large Road
Jefferson Hills, PA 15025
(412) 655-8500
PA ID#39710
langlaw.lang@gmail.com

| Service by First-Class Mail | Service by NEF | Service by NEF |
|---|---|---|
| Kurt J. Lesker Company | Ronda J. Winnecour | Office of the United States Trustee |
| 1925 Route 51 | cmecf@chapter13trusteewdpa.com | ustpregim03.pl.ecf@usdgog.govi |
| Jefferson Hills, PA 15025-3681 | | |

**PAWB Local Form 7 (07/13)**