# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| ROGER DAVID PATTERSON and | : | Case No. 19-21533-GLT |
| TINA MARIE PATTERSON, | : | Chapter 13 |
|     Debtors. | : | |
| | : | |
| PENNSYLVANIA MUNICIPAL | : | Related to Doc. No. 84 |
| SERVICE COMPANY, | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | Hearing Date: May 4, 2022 at 10:30 a.m. |
| ROGER DAVID PATTERSON and | : | |
| TINA MARIE PATTERSON, | : | Response Deadline: April 11, 2022 |
|     Respondents. | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no responsive pleading objecting to the ***Motion to Allow Administrative Expense Claim and to Compel Payment of Administrative Expense Claim*** filed by the Pennsylvania Municipal Service Company (Doc. 84) has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or responsive pleading to the Motion appears thereon.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                              Respectfully submitted,

Dated: April 18, 2022                      TUCKER ARENSBERG, P.C.

                                              */s/ Courtney Helbling*
                                              Courtney Helbling, Esquire
                                              PA ID No. 323669
                                              chelbling@tuckerlaw.com
                                              Michael A. Shiner, Esquire
                                              PA ID No. 78088
                                              mshiner@tuckerlaw.com
                                              1500 One PPG Place
                                              Pittsburgh, PA 15222
                                              Phone: 412-566-1212
                                              *Counsel for Pennsylvania Municipal Service Company*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | | |
| ROGER DAVID PATTERSON and | : | Case No. 19-21533-GLT |
| TINA MARIE PATTERSON, | : | Chapter 13 |
|     Debtors. | : | |
| | : | |
| PENNSYLVANIA MUNICIPAL | : | |
| SERVICE COMPANY, | : | |
|     Movant, | : | |
| v. | : | Hearing Date: May 4, 2022 at 10:30 a.m. |
| ROGER DAVID PATTERSON and | : | |
| TINA MARIE PATTERSON, | : | Response Deadline: April 11, 2022 |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of April, 2022, I served or caused to be served a copy of the foregoing *Certificate of No Objection* on all parties in interest via the Court's CM/ECF notification system upon the following parties at the addresses listed below.

| | | |
|---|---|---|
| Roger David Patterson<br>2049 Walton Road<br>Finleyville, PA 15332 | Tina Marie Patterson<br>2049 Walton Road<br>Finleyville, PA 15332 | Coleen A. Jeffrey<br>Scott B. Lang & Associates, P.C. # 1, 535 Clairton Boulevard<br>Pittsburgh, PA 15236 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the U.S. Trustee<br>Liberty Center<br>1001 Liberty Ave., Suite 970<br>Pittsburgh, PA 15222 | Scott B. Lang<br>426 Wray Large Road<br>Jefferson Hills, PA 15025 |

Date of Service: April 18, 2022        TUCKER ARENSBERG, P.C.

                                            */s/ Courtney Helbling*
                                            Courtney Helbling, Esquire
                                            PA ID No. 323669
                                            chelbling@tuckerlaw.com
                                            1500 One PPG Place
                                            Pittsburgh, PA 15222
                                            Phone: 412-566-1212
                                            *Counsel for Pennsylvania Municipal Service Company*