FILED
4/19/22 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| ROGER DAVID PATTERSON and | : | Case No. 19-21533-GLT |
| TINA MARIE PATTERSON, | : | Chapter 13 |
|     Debtors. | : | |
| | : | Related Dkt. No. 84 |
| | : | |
| PENNSYLVANIA MUNICIPAL | : | |
| SERVICE COMPANY, | : | |
|     Movant, | : | |
| v. | : | Hearing Date: May 4, 2022 at 10:30 a.m. |
| ROGER DAVID PATTERSON and | : | |
| TINA MARIE PATTERSON, | : | Response Deadline: April 11, 2022 |
|     Respondents. | : | |

## ORDER

AND NOW, this __19th__ day of ___April___, 2022, upon consideration of the *Motion to Allow Administrative Expense Claim and to Compel Payment of Administrative Expense Claim* (the "**Motion**") filed by the Pennsylvania Municipal Service Company, on behalf of the Borough of Jefferson Hills ("**PAMS**"), and any objections and responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. PAMS shall have an allowed administrative expense in the amount of $4,543.02, plus any additional amounts that become due from the date the Motion was filed to the date of this Order (the "**Allowed Administrative Expense Claim**") and is entitled to immediate payment in full of the same.

3. The Debtors are directed to remit to PAMS payment in full of the Allowed Administrative Expense Claim forthwith.

Prepared by: __Courtney Helbling, Esq.__

**DEFAULT ENTRY**

Dated: April 19, 2022

_____
Gregory L. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21533-GLT |
| Roger David Patterson | Chapter 13 |
| Tina Marie Patterson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger David Patterson, Tina Marie Patterson, 2049 Walton Road, Finleyville, PA 15332-1581 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bnicholas@kmllawgroup.com |
| Coleen A. Jeffrey | |
| | on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com |
| Coleen A. Jeffrey | |
| | on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com |
| Courtney Helbling | |
| | on behalf of Creditor Pennsylvania Municipal Service Company chelbling@tuckerlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Richard Tracy | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

Scott B. Lang

    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

Scott B. Lang

    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

TOTAL: 9