**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/23/2024

IN RE:

| | |
|---|---|
| ROGER DAVID PATTERSON<br>TINA MARIE PATTERSON<br>2049 WALTON ROAD<br>FINLEYVILLE, PA 15332<br>XXX-XX-9260        Debtor(s)<br><br>XXX-XX-6575 | Case No.19-21533 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/23/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA**<br>13010 MORRIS RD SUITE 450<br>ALPHARETTA, GA  30004 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DIPLOMAT PROP MNGR/PRAE | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON HILLS BOROUGH (REFUSE)**<br>C/O LEGAL TAX SERVICE - CUR/DLNQ YRS<br>714 LEBANON RD<br>WEST MIFFLIN, PA  15122 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AVD/MDF DOE*12~MJ 05216 0000293 2012~@CUR YR CLTR/SCH*DKT | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WILMINGTON TRUST NA - TRUSTEE FOR MFRA**<br>C/O PLANET HOME LENDING<br>321 RESEARCH PKWY STE 303<br>MERIDEN, CT  06450 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:29<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4LMT*BGN 5/19*PLANET HOME/PL | | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8258 |
| **REGIONAL ACCEPTANCE CORP**<br>C/O BB & T - SERVICER<br>PO BOX 1847<br>WILSON, NC  27894 | Trustee Claim Number:4   INT %: 20.95%<br>Court Claim Number:4<br>CLAIM:  26,292.57<br>COMMENT:  $CL4GOV@20.95%/PL*748/MO*26292.51@20.95 KTERMS/PL~PL=K*PMT/CONF | | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 9734 |
| **USX FEDERAL CREDIT UNION***<br>POB 1728*<br>CRANBERRY TWP, PA  16066-0728 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:24<br>CLAIM:  1,976.00<br>COMMENT:  AVD/MDF DOE*MJ 50304 CV 0000477*SEC~JDGMT/SCH *DKT | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4704 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK NA - TRUSTEE NRZ PASS-THRU TRUS**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PENDRICK CAPITAL PARTNERS LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:19<br>CLAIM:  216.23<br>COMMENT:  ACCT NT/SCH*AHN EMERGENCY*MEDICAL*DATE OF SVC 11/11/16 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5709 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3445 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0537 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **CAPITAL ONE**\*\*<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2935 |
| **CENTRAL CARDIOVASCULAR ASSOCIATES++**<br>1350 LOCUST ST STE 100<br><br>PITTSBURGH, PA  15219-4738 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CLEARVIEW FCU**\*\*<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA  15108-4212 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  593.38<br>COMMENT:  CHECKING ACCOUNT OVERDRAFT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3294 |
| **CMC**<br>POB 16346<br><br>PITTSBURGH, PA  15242-0346 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0466 |
| **COMCAST**<br>PO BOX 1931<br><br>BURLINGAME, CA  94011 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  455.35<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3072 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  429.53<br>COMMENT:  COMENITY CAPITAL BANK\*HSN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5088 |
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV  89193-8872 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DENTAL WORKS**<br>517 CLAIRTON BLVD<br><br>PLEASANT HILLS, PA  15236 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3051 |
| **EBAY INC++**<br>POB 2179<br><br>CAROL STREAM, IL  60132 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC**\*<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  520.16<br>COMMENT:  REF 3300112023\*FINGERHUT\*BLUESTEM\*NO PMTS~ACCT OPEN 6/8/15 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3301 |

### JEFFERSON CAPITAL SYSTEMS LLC*
PO BOX 772813
CHICAGO, IL 60677-2813

Trustee Claim Number: 21  INT %: 0.00%
Court Claim Number: 20
CLAIM: 787.87
COMMENT: REF 2978351081*FINGERHUT/BLUESTEM*MAYBE DUP/SCH*STALE*DK

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 9570

---

### JEFFERSON CAPITAL SYSTEMS LLC*
PO BOX 772813
CHICAGO, IL 60677-2813

Trustee Claim Number: 22  INT %: 0.00%
Court Claim Number: 21
CLAIM: 221.19
COMMENT: REF 3318851143*MAYBE DUP/SCH*BLUESTEM/FINGERHUT*STALE*DK

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 9625

---

### WEST PENN POWER*
ATTN BANKRUPTCY
5001 NASA BLVD
FAIRMONT, WV 26554

Trustee Claim Number: 23  INT %: 0.00%
Court Claim Number: 23
CLAIM: 2,084.08
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1506

---

### PREMIER BANKCARD LLC; JEFFERSON CAPITA
C/O JEFFERSON CAPITAL SYSTEMS LLC*
PO BOX 772813
CHICAGO, IL 60677-2813

Trustee Claim Number: 24  INT %: 0.00%
Court Claim Number: 12
CLAIM: 443.47
COMMENT: REF 3479970426

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 4914

---

### FOUNDATION RADIOLOGY GROUP
PO BOX 1198
SOMERSET, PA 15501

Trustee Claim Number: 25  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: NT ADR/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.:

---

### FOUNDATION RADIOLOGY GROUP
PO BOX 1198
SOMERSET, PA 15501

Trustee Claim Number: 26  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: NT ADR/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.:

---

### FOUNDATION RADIOLOGY GROUP
PO BOX 1198
SOMERSET, PA 15501

Trustee Claim Number: 27  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: NT ADR/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 5239

---

### JACK MANNHEIMER MD
500 LEWIS RUN RD
WEST MIFFLIN, PA 15122

Trustee Claim Number: 28  INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1722

---

### K JORDAN
C/O CREDITORS BANKRUPTCY SERVICE*
PO BOX 800849
DALLAS, TX 75380

Trustee Claim Number: 29  INT %: 0.00%
Court Claim Number: 10
CLAIM: 475.61
COMMENT: X75B2/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 5B2J

---

### MASSEYS
C/O CREDITORS BANKRUPTCY SVC*
PO BOX 800849
DALLAS, TX 75380

Trustee Claim Number: 30  INT %: 0.00%
Court Claim Number: 9
CLAIM: 371.53
COMMENT: 75A2/SCH*NO PMTS*ACCT OPEN 12/9/18

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 5A2Y

| Creditor | Claim Info | Description |
|---|---|---|
| **MEDEXPRESS URGENT CARE INC**<br>460 WASHINGTON RD STE 7<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MONTGOMERY WARD\*\***<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br><br>DALLAS, TX  75380 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MONTGOMERY WARD\*\***<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br><br>DALLAS, TX  75380 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NATIONWIDE**<br>115 REAR THORNTON AVE<br><br>BROWNSVILLE, PA  15417 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PA AMERICAN WATER(\*) AKA AMERICAN WATER**<br>PO BOX 371412<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  978.03<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3375 |
| **PITTSBURGH PULMONARY AND CRITICAL CARE**<br>1200 BROOKS LANE<br>SUITE 180<br><br>JEFFERSON HILLS, PA  15025 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  350.17<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1775 |
| **PROGRESSIVE**<br>USAA GENERAL AGENCY INC<br>9800 FREDERICKSBURG<br><br>SAN ANTONIO, TX  78288 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SOUTH HILLS GASTRO ASSOCIATES**<br>PO BOX 615<br><br>CONNELLSVILLE, PA  15425 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~KUMAR MD/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SOUTH HILLS GASTRO ASSOCIATES**<br>PO BOX 615<br><br>CONNELLSVILLE, PA  15425 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~KUMAR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SOUTH HILLS ORTHO SURGERY ASSOCIATES**<br>2000 OXFORD DR STE 211<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SOUTH HILLS RADIOLOGY ASSOC(*)**<br>PO BOX 3425<br><br>PITTSBURGH, PA  15230 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **STONEBERRY**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br><br>DALLAS, TX  75380 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  581.63<br>COMMENT:  X75C2/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5C2G |
| **THE SWISS COLONY**<br>1112 7TH AVENUE<br><br>MONROE, WI  53566 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ORTHOPEDIC GROUP**<br>800 PLAZA DR<br>STE 240<br><br>BELLE VERNON, PA  15012 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:26<br><br>CLAIM:  1,556.75<br>COMMENT:  ACCT OPEN 10/3/14 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:25<br><br>CLAIM:  3,226.32<br>COMMENT:  ALSO/SCH G*NO$/SCH*ACCT OPEN 2/19 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:28<br><br>CLAIM:  212.16<br>COMMENT:  REF 2613213286*MAYBE DUP/SCH*FINGERHUT*NO PMTS*STALE*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1461 |
| **AMERICOLLECT**<br>POB 1566<br><br>MANITOWOC, WI  54221-1566 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAINE & WEINER**<br>PO BOX 55848<br><br>SHERMAN OAKS, CA  91413-0848 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA  02062 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br><br>MORGANTOWN, PA  26501-7209 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **APOTHAKER & ASSOC**<br>520 FELLOWSHIP RD C 306<br><br>MOUNT LAUREL, NJ  08054 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **IC SYSTEM INC\*\***<br>ATTN: CONSUMER AFFAIRS DEPT<br>PO BOX 64378<br><br>ST PAUL, MN  55164 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MRS ASSOCIATES INC**<br>1930 OLNEY AVE<br><br>CHERRY HILL, NJ  08003 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  0.00<br>COMMENT:  NT/SCH\*NORTH STAR/CAPITAL ONE\*STALE CL $726.52 W/D\*DOC 92 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9399 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  0.00<br>COMMENT:  NT/SCH\*CVF CONSUMER/HSBC\*STALE CL $621.12 W/D\*DOC 93 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6358 |
| **COVELLI LAW OFFICES**<br>357 REGIS AVE<br><br>PITTSBURGH, PA  15236 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  USX FCU/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br><br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  0.00<br>COMMENT:  NT/SCH\*STALE CL $1,469.45 W/D\*DOC 94 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2039 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: NT/SCH*STALE*CL7: $1420.29~W/DRWN-DOC 95 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3685 |
| **WILMINGTON TRUST NA - TRUSTEE FOR MFRA**<br>C/O PLANET HOME LENDING<br>321 RESEARCH PKWY STE 303<br>MERIDEN, CT 06450 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:29<br>CLAIM: 10,867.46<br>COMMENT: CL29GOV*$/CL-PL@PLANET*THRU 4/19*NATIONSTAR/LTR | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8258 |
| **PENDRICK CAPITAL PARTNERS LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 385.00<br>COMMENT: AHN EMERGENCY*MEDICAL*DATE OF SVC 10/20/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5682 |
| **PENDRICK CAPITAL PARTNERS II LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 385.00<br>COMMENT: NUM NT/SCH*AHN EMERGENCY*MEDICAL*DATE OF SVC 3/20/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6857 |
| **JEFFERSON CAPITAL SYSTEMS LLC****<br>NOTICES ONLY<br>POB 7999<br>ST CLOUD, MN 56302-9617 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PENDRICK CAPITAL PARTNERS II LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 385.00<br>COMMENT: ACCT NT/SCH*AHN EMERGENCY*MEDICAL*DATE OF SVC 2/3/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6856 |
| **CENTERS FOR REHAB SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:67  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 316.49<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9260 |
| **KML LAW GROUP PC** (FRMRLY BRIAN C. NICH**<br>C/O DENISE CARLON ESQ<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PLANET HOME LENDING/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:69  INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 182.04<br>COMMENT: NT/SCH*VERIZON TELECOM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **JEFFERSON HILLS BOROUGH (REFUSE)**<br>C/O LEGAL TAX SERVICE - CUR/DLNQ YRS<br>714 LEBANON RD<br>WEST MIFFLIN, PA 15122 | Trustee Claim Number:70  INT %: 0.00%<br>Court Claim Number:30<br>CLAIM: 1,048.90<br>COMMENT: 1135-N-102*CL30GOV*YR NT/SCH*2017-19*TIMELY*W/71 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: N102 |

| CLAIM RECORDS | | |
|---|---|---|
| **JEFFERSON HILLS BOROUGH (SEWAGE)**<br>C/O LEGAL TAX SERVICE - CUR/DLNQ YRS<br>714 LEBANON RD<br>WEST MIFFLIN, PA  15122 | Trustee Claim Number:71  INT %:  0.00%<br>Court Claim Number:30<br><br>CLAIM:  457.44<br>COMMENT:  1135-N-102*CL30GOV*NT/SCH-PL*W/70*1135-N-102; 2019*TIMELY | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  N102 |
| **AHN EMERGENCY GROUP OF JEFFERSON**<br>ATTN 19021N<br>PO BOX 14000<br>BELFAST, ME  04915-4033 | Trustee Claim Number:72  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |