resurgent capital services

FILED
2/27/24 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

19-21533

DEBTOR(S):

ROGER DAVID PATTERSON

TINA MARIE PATTERSON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $1,420.29

CREDITOR'S SIGNATURE:

/s/ Mark Stidham

CREDITOR CONTACT INFO:

MERRICK BANK

Resurgent Capital Services

PO Box 10368

Greenville, SC 29603

(866) 572-0265

DATE:

2/23/2024

SO ORDERED
February 27, 2024

_____ jah
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-21533-GLT

Roger David Patterson  Chapter 13

Tina Marie Patterson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Feb 28, 2024  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger David Patterson, Tina Marie Patterson, 2049 Walton Road, Finleyville, PA 15332-1581 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 29 2024 00:27:44 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

**Name**  **Email Address**

Coleen A. Jeffrey
    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

Coleen A. Jeffrey
    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

Courtney Helbling
    on behalf of Creditor Pennsylvania Municipal Service Company chelbling@tuckerlaw.com

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 2 of 2 |
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | | Total Noticed: 2 |

Denise Carlon
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott B. Lang
    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

Scott B. Lang
    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

TOTAL: 9