UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/27/24 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Roger David Patterson
2049 Walton RD
Finleyville, PA 15332

CHAPTER: 13
CASE NUMBER: 19-21533
CLAIM AMOUNT: $221.19

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 6/4/2019, in the amount of $221.19.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 23rd day of February, 2024.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

SO ORDERED
February 27, 2024

_____
Gregory L. Taddonio                    jah
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Roger David Patterson  
Tina Marie Patterson  
    Debtors

Case No. 19-21533-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Feb 28, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger David Patterson, Tina Marie Patterson, 2049 Walton Road, Finleyville, PA 15332-1581 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 29 2024 00:26:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Coleen A. Jeffrey | on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Coleen A. Jeffrey | on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Courtney Helbling | on behalf of Creditor Pennsylvania Municipal Service Company chelbling@tuckerlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 2 |

Denise Carlon
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott B. Lang
    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

Scott B. Lang
    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

TOTAL: 9