UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Roger  Patterson                           CHAPTER: 13
2049 Walton RD                             CASE NUMBER: 19-21533
Finleyville, PA 15332                      CLAIM AMOUNT: $787.87


Debtors.

───────────────────────────────

### <u>NOTICE OF WITHDRAWAL OF PROOF OF CLAIM</u>

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 6/3/2019, in the amount of $787.87.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 8th day of March, 2024.


Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Roger  Patterson<br>2049 Walton RD<br>Finleyville, PA 15332 |
| Debtor's Attorney: | Coleen  Jeffrey<br>535 Clairton Blvd  #1<br>Pittsburgh, PA 15236 |
| Chapter 13 Trustee: | Ronda  Winnecour<br>600 Grant St<br>Pittsburgh, PA 15219-2712 |

by submitting electronically with the court.

This 8th day of March, 2024.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314