**Form 106–C**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: Roger David Patterson and Tina Marie Patterson

CASE NUMBER: 19−21533−GLT

RELATED TO DOCUMENT NO: 111

### NOTICE REGARDING
### NONCONFORMING DOCUMENT

The Notice of Withdrawal of Proof of Claim (No. 20) that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

Notice of Withdrawal of Proof of Claim (No. 20) must be refiled to include both debtors' names in the caption of the pdf, must list the specific claim number and upon filing the Withdrawal of Claim must be linked to the proof of claim in CM/ECF. If linked properly to the claim the docket text will include the claim number.

You must file Notice of Withdrawal of Proof of Claim (No. 20) within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Withdrawal of Proof of Claim (No. 20) that is filed in response to this Notice.**

Dated this The 11th of March, 2024

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21533-GLT |
| Roger David Patterson | Chapter 13 |
| Tina Marie Patterson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 11, 2024 | Form ID: 106c | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Nancy Mehrenberg, Jefferson Capital Systems, LLC, 200 14th Avenue E., Sartell, MN 56377-4500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15059389 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2024 00:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Coleen A. Jeffrey | on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Coleen A. Jeffrey | on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Courtney Helbling | on behalf of Creditor Pennsylvania Municipal Service Company chelbling@tuckerlaw.com |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 2 of 2 |
| Date Rcvd: Mar 11, 2024 | Form ID: 106c | | Total Noticed: 2 |

Denise Carlon
    on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott B. Lang
    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

Scott B. Lang
    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

TOTAL: 9