# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROGER DAVID PATTERSON<br>TINA MARIE PATTERSON<br><br>Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>Movant<br>vs.<br>PITTSBURGH PULMONARY AND CRITICAL CARE ASSOC<br><br>Respondents | Case No. 19-21533GLT<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE USPS HAS RETURNED THE CREDITOR'S MAIL. ACCORDING TO BILLING AT JEFFERSON HOSPITAL, THIS BUSINESS IS NO LONGER OPERATIONAL.

PITTSBURGH PULMONARY AND CRITICAL CARE ASSOC
1200 BROOKS LANE
SUITE 180
JEFFERSON HILLS, PA 15025

Court claim# 13/Trustee CID# 36

The Movant further certifies that on 05/13/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ROGER DAVID PATTERSON, TINA MARIE PATTERSON, 2049 WALTON ROAD, FINLEYVILLE, PA  15332

DEBTOR'S COUNSEL:
SCOTT B LANG ESQ, 426 WRAY LARGE RD, JEFFERSON HILLS, PA  15025

NEW CREDITOR:

ORIGINAL CREDITOR:
PITTSBURGH PULMONARY AND CRITICAL CARE ASSOC, 1200 BROOKS LANE, SUITE 180, JEFFERSON HILLS, PA  15025