UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/21/24 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  ROGER DAVID PATTERSON
  TINA MARIE PATTERSON
        Debtor(s)
  Ronda J. Winnecour, Trustee
       Movant
        vs.
  ROGER DAVID PATTERSON
  TINA MARIE PATTERSON

       Respondents

Case No. 19-21533GLT

Chapter 13

Document No. __120__

## ORDER TO STOP PAYROLL DEDUCTIONS

  AND NOW, this __21th__ day of __May__, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Kurt J Lesker Company
Attn: Payroll Manager
1925 Rte 51
Clairton, PA 15025

is hereby ordered to immediately terminate the attachment of the wages of ROGER DAVID PATTERSON, social security number XXX-XX-9260.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROGER DAVID PATTERSON.

Dated: 5/21/24

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21533-GLT |
| Roger David Patterson | Chapter 13 |
| Tina Marie Patterson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: May 21, 2024    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

**Recip ID    Recipient Name and Address**
db/jdb    + Roger David Patterson, Tina Marie Patterson, 2049 Walton Road, Finleyville, PA 15332-1581

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

**Name    Email Address**

Coleen A. Jeffrey
    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

Coleen A. Jeffrey
    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

Courtney Helbling
    on behalf of Creditor Pennsylvania Municipal Service Company chelbling@tuckerlaw.com

Denise Carlon
    on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 21, 2024 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott B. Lang
    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

Scott B. Lang
    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com  cajeffreyesquire@gmail.com

TOTAL: 9