Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Roger David Patterson** | : | Case No. 19−21533−GLT |
| **Tina Marie Patterson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 127 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 10/9/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 26th of July, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 127 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before September 9, 2024**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on **October 9, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

                                                       _____
                                                       Gregory L. Taddonio, Chief Judge
                                                       United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21533-GLT |
| Roger David Patterson | Chapter 13 |
| Tina Marie Patterson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 26, 2024 | Form ID: 604 | Total Noticed: 74 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger David Patterson, Tina Marie Patterson, 2049 Walton Road, Finleyville, PA 15332-1581 |
| cr | + | USX Federal Credit Union, USX Federal Credit Union, 1293 Freedom Road, Cranberry TWP, PA 16066, UNITED STATES 16066-4955 |
| 15034008 | + | AHN Emergency Group of Jefferson, LTD, PO Box 14099, Belfast, ME 04915-4034 |
| 15034011 | + | Borough of Jefferson Hills, 925 Old Clairton Road, Clairton, PA 15025-3133 |
| 15034012 | + | Cane & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 15034014 | | Central Cardiovascular Association, 1350 Locust Street, Suite 100, Pittsburgh, PA 15219-4738 |
| 15034023 | + | David J. Apothaker, Esquire, Apothaker & Associates, 1341 N. Delaware Avenue, Philadelphia, PA 19125-4300 |
| 15034024 | | Dental Works, 517 Clairton Boulevard, Pittsburgh, PA 15236-3809 |
| 15034029 | | Foundation Radiology Group, PO Box 14931, Pittsburgh, PA 15234-0931 |
| 15034032 | | Jack Mannheimer, M.D., 500 N. Lewis Run Road, Suite 129, West Mifflin, PA 15122-3058 |
| 15134060 | + | Jefferson Hills Borough, % PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15034035 | + | Kevin G. McDonald, Esquire, KML Law Group, Mellon Independence Center-Suite 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15034037 | + | Med Express, 695 Clairton Boulevard, Pittsburgh, PA 15236-3811 |
| 15034041 | | Nationwide, One National Plaza, Columbus, OH 43215 |
| 15034044 | + | Pittsburgh Pulmonary and Critical Care Assoc., 1200 Brooks Lane, Suite 180, Jefferson Hills, PA 15025-3769 |
| 15034048 | + | Shashi Kumar, M.D., South Hills Gastroenterology Associates, 1200 Brooks Lane, Clairton, PA 15025-3761 |
| 15034049 | + | South Hills Orthopedic Surgery, 2000 Oxford Drive #211, Bethel Park, PA 15102-1898 |
| 15034050 | + | South Hills Radiology, PO Box 99, Bangor, PA 18013-0099 |
| 15034053 | + | The Orthopedic Group, 800 Plaza Drive, #400, Belle Vernon, PA 15012-4019 |
| 15034054 | + | U.S. Bank National Association, As Trust, for NRZ Pass-Through Trust V-B, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15034055 | + | USX Federal Credit Union, 1293 Freedom Road, PO Box 1728, Cranberry Township, PA 16066-0728 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 26 2024 23:39:00 | Diplomat Property Manager, LLC, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Duluth, GA 30097-8461 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 23:40:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 23:46:50 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2024 23:58:14 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15034010 | | Email/Text: ebn@americollect.com | Jul 26 2024 23:40:00 | Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54221-1566 |
| 15034009 | ^ | MEBN | Jul 26 2024 23:37:22 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15034016 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15041479 | + | Email/Text: documentfiling@lciinc.com | Jul 26 2024 23:40:00 | CMC, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15034013 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 23:39:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15064498 | | Email/Text: BNCnotices@dcmservices.com | Jul 26 2024 23:47:52 | Capital One, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15034015 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 26 2024 23:39:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15034017 | ^ | MEBN | Jul 26 2024 23:40:00 | Clearview Federal Credit Union, 8805 University Boulevard, Coraopolis, PA 15108-4212 |
| 15034018 | + | Email/Text: documentfiling@lciinc.com | Jul 26 2024 23:37:14 | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15034019 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2024 23:39:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15034020 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 26 2024 23:39:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15034021 | + | Email/Text: ccusa@ccuhome.com | Jul 26 2024 23:40:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15034022 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 26 2024 23:39:00 | Credit Collections, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15034025 | + | Email/Text: jstauffe_BK@ebay.com | Jul 26 2024 23:46:08 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15034027 | | Email/Text: bankruptcy@firstenergycorp.com | Jul 26 2024 23:40:00 | Ebay Inc., 2145 Hamilton Avenue, San Jose, CA 95125-5905 |
| 15034026 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 26 2024 23:40:00 | First Energy, 75 South Main Street, Akron, OH 44308-1890 |
| 15034028 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 26 2024 23:40:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15034030 | | Email/Text: Bankruptcy@ICSystem.com | Jul 26 2024 23:47:52 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15034031 | | Email/Text: Bankruptcy@ICSystem.com | Jul 26 2024 23:39:00 | I C Systems Inc., 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15034033 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 23:39:00 | IC System, 444 East Highway 96, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15059389 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 23:40:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15034034 | | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15052758 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | K Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 15038249 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 23:39:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15044751 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2024 23:58:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034040 | ^ | MEBN | Jul 26 2024 23:58:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15052759 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:37:05 | MRS Associates Inc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15034036 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15034038 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2024 23:39:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |

Case 19-21533-GLT    Doc 129    Filed 07/28/24    Entered 07/29/24 00:29:39    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 26, 2024 | Form ID: 604 | Total Noticed: 74 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 26 2024 23:40:00 | Midland Funding LLC, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 15056746 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2024 23:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15034039 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:40:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15034042 | | Email/Text: paula.tilley@nrsagency.com | Jul 26 2024 23:39:00 | Nationwide Recovery, 545 Inman Street W, Cleveland, TN 37311 |
| 15063192 | | Email/Text: perituspendrick@peritusservices.com | Jul 26 2024 23:39:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15063193 | | Email/Text: perituspendrick@peritusservices.com | Jul 26 2024 23:39:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15034043 | | Email/Text: csc.bankruptcy@amwater.com | Jul 26 2024 23:40:00 | Pennsylvania America Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15060918 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 26 2024 23:40:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15075951 | + | Email/Text: BKMAIL@planethomelending.com | Jul 26 2024 23:39:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 15034045 | + | Email/Text: BKMAIL@planethomelending.com | Jul 26 2024 23:39:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15056879 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 23:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15034046 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 26 2024 23:39:00 | Progressive Auto Insurance, PO Box 31260, Tampa, FL 33631-3260 |
| 15034047 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 26 2024 23:58:46 | Regional Acceptance, 4770 Duke Drive, Suite 203, Mason, OH 45040-9010 |
| 15040670 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 26 2024 23:58:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 15034051 | | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 15052757 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15034052 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:40:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15070679 | | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2024 23:58:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15034056 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 26 2024 23:39:00 | Verizon, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 15034057 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 26 2024 23:40:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15065371 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 26 2024 23:40:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennsylvania Municipal Service Company |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 26, 2024 | | Form ID: 604 | Total Noticed: 74 |

| | | |
|---|---|---|
| cr | | Wilmington Trust, National Association, not in its |
| cr | *+ | Planet Home Lending, LLC., 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Coleen A. Jeffrey | on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Coleen A. Jeffrey | on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Courtney Helbling | on behalf of Creditor Pennsylvania Municipal Service Company chelbling@tuckerlaw.com |
| Denise Carlon | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott B. Lang | on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Scott B. Lang | on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |

TOTAL: 9