**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROGER DAVID PATTERSON<br>TINA MARIE PATTERSON<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:19-21533<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


July 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/16/2019 and confirmed on 5/20/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,889.00 |
| Less Refunds to Debtor | 2,251.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,637.70 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,500.00 | |
|   Trustee Fee | 5,027.02 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,527.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON TRUST NA - TRUSTEE FOR | 0.00 | 36,571.82 | 0.00 | 36,571.82 |
|     Acct: 8258 | | | | |
|   WILMINGTON TRUST NA - TRUSTEE FOR | 10,867.46 | 10,867.46 | 0.00 | 10,867.46 |
|     Acct: 8258 | | | | |
|   JEFFERSON HILLS BOROUGH (REFUSE) | 1,048.90 | 1,048.90 | 0.00 | 1,048.90 |
|     Acct: N102 | | | | |
|   JEFFERSON HILLS BOROUGH (SEWAGE) | 457.44 | 457.44 | 0.00 | 457.44 |
|     Acct: N102 | | | | |
|   REGIONAL ACCEPTANCE CORP | 26,292.57 | 26,292.57 | 15,497.92 | 41,790.49 |
|     Acct: 9734 | | | | |
| | | | | 90,736.11 |
| **Priority** | | | | |
|   SCOTT B LANG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROGER DAVID PATTERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROGER DAVID PATTERSON | 2,251.30 | 2,251.30 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT B LANG & ASSOCIATES** | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COLEEN A JEFFREY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 83.00 | 83.00 | 0.00 | 83.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXS SOC | | | | |
| | | | | 83.00 |
| **Unsecured** | | | | |
|   JEFFERSON HILLS BOROUGH (REFUSE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   USX FEDERAL CREDIT UNION* | 1,976.00 | 543.25 | 0.00 | 543.25 |
|     Acct: 4704 | | | | |
|   PENDRICK CAPITAL PARTNERS LLC | 216.23 | 59.45 | 0.00 | 59.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5709 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3445 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0537 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2935 | | | | |
|   CENTRAL CARDIOVASCULAR ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CLEARVIEW FCU** | 593.38 | 163.14 | 0.00 | 163.14 |
| Acct: 3294 | | | | |
|   CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0466 | | | | |
|   COMCAST | 455.35 | 125.19 | 0.00 | 125.19 |
| Acct: 3072 | | | | |
|   MIDLAND FUNDING LLC | 429.53 | 118.09 | 0.00 | 118.09 |
| Acct: 5088 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DENTAL WORKS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3051 | | | | |
|   EBAY INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 520.16 | 143.01 | 0.00 | 143.01 |
| Acct: 3301 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9570 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9625 | | | | |
|   WEST PENN POWER* | 2,084.08 | 572.97 | 0.00 | 572.97 |
| Acct: 1506 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C | 443.47 | 121.92 | 0.00 | 121.92 |
| Acct: 4914 | | | | |
|   FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5239 | | | | |
|   JACK MANNHEIMER MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1722 | | | | |
|   K JORDAN | 475.61 | 130.76 | 0.00 | 130.76 |
| Acct: 5B2J | | | | |
|   MASSEYS | 371.53 | 102.14 | 0.00 | 102.14 |
| Acct: 5A2Y | | | | |
|   MEDEXPRESS URGENT CARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MONTGOMERY WARD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MONTGOMERY WARD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   NATIONWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PA AMERICAN WATER(*) AKA AMERICAN W | 978.03 | 268.88 | 0.00 | 268.88 |
| Acct: 3375 | | | | |
|   PITTSBURGH PULMONARY AND CRITICAL | 13.27 | 13.27 | 0.00 | 13.27 |
| Acct: 1775 | | | | |
|   PROGRESSIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SOUTH HILLS GASTRO ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
|    SOUTH HILLS GASTRO ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    SOUTH HILLS ORTHO SURGERY ASSOCI/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    SOUTH HILLS RADIOLOGY ASSOC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    STONEBERRY | 581.63 | 159.91 | 0.00 | 159.91 |
| Acct: 5C2G | | | | |
|    THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ORTHOPEDIC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 1,556.75 | 427.99 | 0.00 | 427.99 |
| Acct: 0001 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 3,226.32 | 886.99 | 0.00 | 886.99 |
| Acct: 0001 | | | | |
|    JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1461 | | | | |
|    LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9399 | | | | |
|    LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6358 | | | | |
|    MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2039 | | | | |
|    MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3685 | | | | |
|    PENDRICK CAPITAL PARTNERS LLC | 385.00 | 105.85 | 0.00 | 105.85 |
| Acct: 5682 | | | | |
|    PENDRICK CAPITAL PARTNERS II LLC | 385.00 | 105.85 | 0.00 | 105.85 |
| Acct: 6857 | | | | |
|    PENDRICK CAPITAL PARTNERS II LLC | 385.00 | 105.85 | 0.00 | 105.85 |
| Acct: 6856 | | | | |
|    CENTERS FOR REHAB SERVICES | 316.49 | 87.01 | 0.00 | 87.01 |
| Acct: 9260 | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 182.04 | 50.05 | 0.00 | 50.05 |
| Acct: 0001 | | | | |
|    ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    US BANK NA - TRUSTEE NRZ PASS-THRU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    APOTHAKER SCIAN PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    IC SYSTEM INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: | COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | JEFFERSON CAPITAL SYSTEMS LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | AHN EMERGENCY GROUP OF JEFFERSO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | 4,291.57 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 95,110.68 |

TOTAL CLAIMED
PRIORITY           83.00
SECURED       38,666.37
UNSECURED     15,574.87

Date: 07/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROGER DAVID PATTERSON
TINA MARIE PATTERSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21533

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21533-GLT |
| Roger David Patterson | Chapter 13 |
| Tina Marie Patterson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 26, 2024 | Form ID: pdf900 | Total Noticed: 74 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger David Patterson, Tina Marie Patterson, 2049 Walton Road, Finleyville, PA 15332-1581 |
| cr | + | USX Federal Credit Union, USX Federal Credit Union, 1293 Freedom Road, Cranberry TWP, PA 16066, UNITED STATES 16066-4955 |
| 15034008 | + | AHN Emergency Group of Jefferson, LTD, PO Box 14099, Belfast, ME 04915-4034 |
| 15034011 | + | Borough of Jefferson Hills, 925 Old Clairton Road, Clairton, PA 15025-3133 |
| 15034012 | + | Cane & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 15034014 | | Central Cardiovascular Association, 1350 Locust Street, Suite 100, Pittsburgh, PA 15219-4738 |
| 15034023 | + | David J. Apothaker, Esquire, Apothaker & Associates, 1341 N. Delaware Avenue, Philadelphia, PA 19125-4300 |
| 15034024 | | Dental Works, 517 Clairton Boulevard, Pittsburgh, PA 15236-3809 |
| 15034029 | | Foundation Radiology Group, PO Box 14931, Pittsburgh, PA 15234-0931 |
| 15034032 | | Jack Mannheimer, M.D., 500 N. Lewis Run Road, Suite 129, West Mifflin, PA 15122-3058 |
| 15134060 | + | Jefferson Hills Borough, % PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15034035 | + | Kevin G. McDonald, Esquire, KML Law Group, Mellon Independence Center-Suite 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15034037 | + | Med Express, 695 Clairton Boulevard, Pittsburgh, PA 15236-3811 |
| 15034041 | | Nationwide, One National Plaza, Columbus, OH 43215 |
| 15034044 | + | Pittsburgh Pulmonary and Critical Care Assoc., 1200 Brooks Lane, Suite 180, Jefferson Hills, PA 15025-3769 |
| 15034048 | + | Shashi Kumar, M.D., South Hills Gastroenterology Associates, 1200 Brooks Lane, Clairton, PA 15025-3761 |
| 15034049 | + | South Hills Orthopedic Surgery, 2000 Oxford Drive #211, Bethel Park, PA 15102-1898 |
| 15034050 | + | South Hills Radiology, PO Box 99, Bangor, PA 18013-0099 |
| 15034053 | + | The Orthopedic Group, 800 Plaza Drive, #400, Belle Vernon, PA 15012-4019 |
| 15034054 | + | U.S. Bank National Association, As Trust, for NRZ Pass-Through Trust V-B, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15034055 | + | USX Federal Credit Union, 1293 Freedom Road, PO Box 1728, Cranberry Township, PA 16066-0728 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 26 2024 23:39:00 | Diplomat Property Manager, LLC, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Duluth, GA 30097-8461 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 23:40:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 23:58:12 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2024 23:46:46 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15034010 | | Email/Text: ebn@americollect.com | Jul 26 2024 23:40:00 | Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54221-1566 |
| 15034009 | ^ | MEBN | Jul 26 2024 23:37:23 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15034016 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

Case 19-21533-GLT    Doc 130    Filed 07/28/24    Entered 07/29/24 00:29:39    Desc
Imaged Certificate of Notice    Page 8 of 10

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 26, 2024 | Form ID: pdf900 | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 26 2024 23:40:00 | CMC, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15041479 | + | Email/Text: documentfiling@lciinc.com | Jul 26 2024 23:39:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15034013 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 23:47:45 | Capital One, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15064498 | | Email/Text: BNCnotices@dcmservices.com | Jul 26 2024 23:39:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15034015 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 26 2024 23:40:00 | Clearview Federal Credit Union, 8805 University Boulevard, Coraopolis, PA 15108-4212 |
| 15034017 | ^ | MEBN | Jul 26 2024 23:37:15 | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15034018 | + | Email/Text: documentfiling@lciinc.com | Jul 26 2024 23:39:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15034019 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2024 23:39:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15034020 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 26 2024 23:40:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15034021 | + | Email/Text: ccusa@ccuhome.com | Jul 26 2024 23:39:00 | Credit Collections, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15034022 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 26 2024 23:46:08 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15034025 | + | Email/Text: jstauffe_BK@ebay.com | Jul 26 2024 23:40:00 | Ebay Inc., 2145 Hamilton Avenue, San Jose, CA 95125-5905 |
| 15034027 | | Email/Text: bankruptcy@firstenergycorp.com | Jul 26 2024 23:40:00 | First Energy, 75 South Main Street, Akron, OH 44308-1890 |
| 15034026 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 26 2024 23:40:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15034028 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 26 2024 23:46:48 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15034030 | | Email/Text: Bankruptcy@ICSystem.com | Jul 26 2024 23:39:00 | I C Systems Inc., 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15034031 | | Email/Text: Bankruptcy@ICSystem.com | Jul 26 2024 23:39:00 | IC System, 444 East Highway 96, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15034033 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 23:40:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15059389 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15034034 | | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | K Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 15052758 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15038249 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 23:47:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15044751 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2024 23:46:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15034040 | ^ | MEBN | Jul 26 2024 23:37:05 | MRS Associates Inc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15052759 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15034036 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 15034038 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 19-21533-GLT   Doc 130   Filed 07/28/24   Entered 07/29/24 00:29:39   Desc
Imaged Certificate of Notice   Page 9 of 10

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 26, 2024 | Form ID: pdf900 | Total Noticed: 74 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 26 2024 23:40:00 | Midland Funding LLC, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 15056746 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2024 23:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15034039 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:40:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15034042 | | Email/Text: paula.tilley@nrsagency.com | Jul 26 2024 23:39:00 | Nationwide Recovery, 545 Inman Street W, Cleveland, TN 37311 |
| 15063192 | | Email/Text: perituspendrick@peritusservices.com | Jul 26 2024 23:39:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15063193 | | Email/Text: perituspendrick@peritusservices.com | Jul 26 2024 23:39:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15034043 | | Email/Text: csc.bankruptcy@amwater.com | Jul 26 2024 23:40:00 | Pennsylvania America Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15060918 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 26 2024 23:40:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15075951 | + | Email/Text: BKMAIL@planethomelending.com | Jul 26 2024 23:39:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 15034045 | + | Email/Text: BKMAIL@planethomelending.com | Jul 26 2024 23:39:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15056879 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 23:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15034046 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 26 2024 23:39:00 | Progressive Auto Insurance, PO Box 31260, Tampa, FL 33631-3260 |
| 15034047 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 26 2024 23:58:46 | Regional Acceptance, 4770 Duke Drive, Suite 203, Mason, OH 45040-9010 |
| 15040670 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 26 2024 23:58:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 15034051 | | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 15052757 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:39:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15034052 | + | Email/Text: bankruptcy@sccompanies.com | Jul 26 2024 23:40:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15070679 | | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2024 23:58:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15034056 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 26 2024 23:39:00 | Verizon, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 15034057 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 26 2024 23:40:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15065371 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 26 2024 23:40:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennsylvania Municipal Service Company |

| | | |
|---|---|---|
| cr | | Wilmington Trust, National Association, not in its |
| cr | *+ | Planet Home Lending, LLC., 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Coleen A. Jeffrey | on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Coleen A. Jeffrey | on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Courtney Helbling | on behalf of Creditor Pennsylvania Municipal Service Company chelbling@tuckerlaw.com |
| Denise Carlon | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott B. Lang | on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Scott B. Lang | on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com |

TOTAL: 9