**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ROGER DAVID PATTERSON<br>TINA MARIE PATTERSON<br>　　　　Debtor(s) | Case No.:19-21533 GLT |
| Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 04/16/2019  and confirmed on 05/20/2019 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,889.00 |
| Less Refunds to Debtor | 2,251.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,637.70 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,500.00 | |
| 　Trustee Fee | 5,027.02 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,527.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　WILMINGTON TRUST NA - TRUSTEE FOR<br>　　Acct: 8258 | 0.00 | 36,571.82 | 0.00 | 36,571.82 |
| 　WILMINGTON TRUST NA - TRUSTEE FOR<br>　　Acct: 8258 | 10,867.46 | 10,867.46 | 0.00 | 10,867.46 |
| 　JEFFERSON HILLS BOROUGH (REFUSE)<br>　　Acct: N102 | 1,048.90 | 1,048.90 | 0.00 | 1,048.90 |
| 　JEFFERSON HILLS BOROUGH (SEWAGE)<br>　　Acct: N102 | 457.44 | 457.44 | 0.00 | 457.44 |
| 　REGIONAL ACCEPTANCE CORP<br>　　Acct: 9734 | 26,292.57 | 26,292.57 | 15,497.92 | 41,790.49 |
| | | | | 90,736.11 |
| **Priority** | | | | |
| 　SCOTT B LANG ESQ<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　ROGER DAVID PATTERSON<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　ROGER DAVID PATTERSON<br>　　Acct: | 2,251.30 | 2,251.30 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| SCOTT B LANG & ASSOCIATES** | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLEEN A JEFFREY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 83.00 | 83.00 | 0.00 | 83.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 13.27 | 13.27 | 0.00 | 13.27 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | |
| | | | | 96.27 |
| **Unsecured** | | | | |
| JEFFERSON HILLS BOROUGH (REFUSE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| USX FEDERAL CREDIT UNION* | 1,976.00 | 543.25 | 0.00 | 543.25 |
| Acct: 4704 | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 216.23 | 59.45 | 0.00 | 59.45 |
| Acct: 5709 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3445 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0537 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2935 | | | | |
| CENTRAL CARDIOVASCULAR ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLEARVIEW FCU** | 593.38 | 163.14 | 0.00 | 163.14 |
| Acct: 3294 | | | | |
| CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0466 | | | | |
| COMCAST | 455.35 | 125.19 | 0.00 | 125.19 |
| Acct: 3072 | | | | |
| MIDLAND FUNDING LLC | 429.53 | 118.09 | 0.00 | 118.09 |
| Acct: 5088 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENTAL WORKS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3051 | | | | |
| EBAY INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 520.16 | 143.01 | 0.00 | 143.01 |
| Acct: 3301 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9570 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9625 | | | | |
| WEST PENN POWER* | 2,084.08 | 572.97 | 0.00 | 572.97 |
| Acct: 1506 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 443.47 | 121.92 | 0.00 | 121.92 |
| Acct: 4914 | | | | |
| FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5239 | | | | |
| JACK MANNHEIMER MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1722 | | | | |
| K JORDAN | 475.61 | 130.76 | 0.00 | 130.76 |
| Acct: 5B2J | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| MASSEYS | 371.53 | 102.14 | 0.00 | 102.14 |
| Acct: 5A2Y | | | | |
| MEDEXPRESS URGENT CARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MONTGOMERY WARD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MONTGOMERY WARD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN V | 978.03 | 268.88 | 0.00 | 268.88 |
| Acct: 3375 | | | | |
| PITTSBURGH PULMONARY AND CRITICAl | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1775 | | | | |
| PROGRESSIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTH HILLS GASTRO ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTH HILLS GASTRO ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTH HILLS ORTHO SURGERY ASSOCI/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTH HILLS RADIOLOGY ASSOC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STONEBERRY | 581.63 | 159.91 | 0.00 | 159.91 |
| Acct: 5C2G | | | | |
| THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ORTHOPEDIC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,556.75 | 427.99 | 0.00 | 427.99 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 3,226.32 | 886.99 | 0.00 | 886.99 |
| Acct: 0001 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1461 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9399 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6358 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2039 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3685 | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 385.00 | 105.85 | 0.00 | 105.85 |
| Acct: 5682 | | | | |
| PENDRICK CAPITAL PARTNERS II LLC | 385.00 | 105.85 | 0.00 | 105.85 |
| Acct: 6857 | | | | |
| PENDRICK CAPITAL PARTNERS II LLC | 385.00 | 105.85 | 0.00 | 105.85 |
| Acct: 6856 | | | | |
| CENTERS FOR REHAB SERVICES | 316.49 | 87.01 | 0.00 | 87.01 |
| Acct: 9260 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 182.04 | 50.05 | 0.00 | 50.05 |
| Acct: 0001 | | | | |
| AHN EMERGENCY GROUP OF JEFFERSO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-21533 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: | | | | |
| US BANK NA - TRUSTEE NRZ PASS-THRU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| APOTHAKER SCIAN PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| IC SYSTEM INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,278.30 |

| TOTAL PAID TO CREDITORS | 95,110.68 |
|---|---|

TOTAL CLAIMED
 PRIORITY             96.27
 SECURED          38,666.37
 UNSECURED        15.561.60

Date: 09/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com