FILED
9/17/24 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROGER DAVID PATTERSON
TINA MARIE PATTERSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21533

Chapter 13

Related to Docket No. 127

## ORDER OF COURT

AND NOW, this __17th Day of September, 2024__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-21533-GLT

Roger David Patterson  Chapter 13

Tina Marie Patterson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Sep 17, 2024  Form ID: pdf900  Total Noticed: 74

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger David Patterson, Tina Marie Patterson, 2049 Walton Road, Finleyville, PA 15332-1581 |
| cr | + | USX Federal Credit Union, USX Federal Credit Union, 1293 Freedom Road, Cranberry TWP, PA 16066, UNITED STATES 16066-4955 |
| 15034008 | + | AHN Emergency Group of Jefferson, LTD, PO Box 14099, Belfast, ME 04915-4034 |
| 15034011 | + | Borough of Jefferson Hills, 925 Old Clairton Road, Clairton, PA 15025-3133 |
| 15034012 | + | Cane & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 15034014 | | Central Cardiovascular Association, 1350 Locust Street, Suite 100, Pittsburgh, PA 15219-4738 |
| 15034023 | + | David J. Apothaker, Esquire, Apothaker & Associates, 1341 N. Delaware Avenue, Philadelphia, PA 19125-4300 |
| 15034024 | | Dental Works, 517 Clairton Boulevard, Pittsburgh, PA 15236-3809 |
| 15034029 | | Foundation Radiology Group, PO Box 14931, Pittsburgh, PA 15234-0931 |
| 15034032 | | Jack Mannheimer, M.D., 500 N. Lewis Run Road, Suite 129, West Mifflin, PA 15122-3058 |
| 15134060 | + | Jefferson Hills Borough, % PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15034035 | + | Kevin G. McDonald, Esquire, KML Law Group, Mellon Independence Center-Suite 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15034037 | + | Med Express, 695 Clairton Boulevard, Pittsburgh, PA 15236-3811 |
| 15034041 | | Nationwide, One National Plaza, Columbus, OH 43215 |
| 15034044 | + | Pittsburgh Pulmonary and Critical Care Assoc., 1200 Brooks Lane, Suite 180, Jefferson Hills, PA 15025-3769 |
| 15034048 | + | Shashi Kumar, M.D., South Hills Gastroenterology Associates, 1200 Brooks Lane, Clairton, PA 15025-3761 |
| 15034049 | + | South Hills Orthopedic Surgery, 2000 Oxford Drive #211, Bethel Park, PA 15102-1898 |
| 15034050 | + | South Hills Radiology, PO Box 99, Bangor, PA 18013-0099 |
| 15034053 | + | The Orthopedic Group, 800 Plaza Drive, #400, Belle Vernon, PA 15012-4019 |
| 15034054 | + | U.S. Bank National Association, As Trust, for NRZ Pass-Through Trust V-B, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15034055 | + | USX Federal Credit Union, 1293 Freedom Road, PO Box 1728, Cranberry Township, PA 16066-0728 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 17 2024 23:37:00 | Diplomat Property Manager, LLC, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Duluth, GA 30097-8461 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2024 23:38:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2024 00:00:55 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 17 2024 23:39:43 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15034010 | | Email/Text: ebn@americollect.com | Sep 17 2024 23:38:00 | Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54221-1566 |
| 15034009 | ^ | MEBN | Sep 17 2024 23:33:49 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15034016 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

Case 19-21533-GLT  Doc 137  Filed 09/19/24  Entered 09/20/24 00:28:31  Desc
Imaged Certificate of Notice  Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: pdf900 | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 17 2024 23:38:00 | CMC, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15041479 | + | Email/Text: documentfiling@lciinc.com | Sep 17 2024 23:37:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15034013 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 23:39:20 | Capital One, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 15064498 | | Email/Text: BNCnotices@dcmservices.com | Sep 17 2024 23:37:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15034015 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 17 2024 23:38:00 | Clearview Federal Credit Union, 8805 University Boulevard, Coraopolis, PA 15108-4212 |
| 15034017 | ^ | MEBN | Sep 17 2024 23:33:43 | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 15034018 | + | Email/Text: documentfiling@lciinc.com | Sep 17 2024 23:37:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 15034019 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 17 2024 23:37:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15034020 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 17 2024 23:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15034021 | + | Email/Text: ccusa@ccuhome.com | Sep 17 2024 23:37:00 | Credit Collections, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15034022 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2024 23:39:49 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15034025 | + | Email/Text: jstauffe_BK@ebay.com | Sep 17 2024 23:37:00 | Ebay Inc., 2145 Hamilton Avenue, San Jose, CA 95125-5905 |
| 15034027 | | Email/Text: bankruptcy@firstenergycorp.com | Sep 17 2024 23:38:00 | First Energy, 75 South Main Street, Akron, OH 44308-1890 |
| 15034026 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 17 2024 23:38:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15034028 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 18 2024 00:01:43 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15034030 | | Email/Text: Bankruptcy@ICSystem.com | Sep 17 2024 23:37:00 | I C Systems Inc., 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15034031 | | Email/Text: Bankruptcy@ICSystem.com | Sep 17 2024 23:37:00 | IC System, 444 East Highway 96, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15034033 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2024 23:38:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15059389 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2024 23:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15034034 | | Email/Text: bankruptcy@sccompanies.com | Sep 17 2024 23:38:00 | K Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 15052758 | + | Email/Text: bankruptcy@sccompanies.com | Sep 17 2024 23:38:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15038249 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 23:39:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15044751 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 17 2024 23:39:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15034040 | ^ | MEBN | Sep 17 2024 23:33:34 | MRS Associates Inc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15052759 | + | Email/Text: bankruptcy@sccompanies.com | Sep 17 2024 23:38:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15034036 | + | Email/Text: bankruptcy@sccompanies.com | Sep 17 2024 23:38:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 15034038 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: pdf900 | Total Noticed: 74 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 17 2024 23:38:00 | Midland Funding LLC, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 15056746 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2024 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15034039 | + | Email/Text: bankruptcy@sccompanies.com | Sep 17 2024 23:38:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15034042 | | Email/Text: paula.tilley@nrsagency.com | Sep 17 2024 23:37:00 | Nationwide Recovery, 545 Inman Street W, Cleveland, TN 37311 |
| 15063192 | | Email/Text: perituspendrick@peritusservices.com | Sep 17 2024 23:37:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15063193 | | Email/Text: perituspendrick@peritusservices.com | Sep 17 2024 23:37:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15034043 | | Email/Text: csc.bankruptcy@amwater.com | Sep 17 2024 23:38:00 | Pennsylvania America Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15060918 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 17 2024 23:38:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15075951 | + | Email/Text: BKMAIL@planethomelending.com | Sep 17 2024 23:37:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 15034045 | + | Email/Text: BKMAIL@planethomelending.com | Sep 17 2024 23:37:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15056879 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2024 23:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15034046 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 17 2024 23:37:00 | Progressive Auto Insurance, PO Box 31260, Tampa, FL 33631-3260 |
| 15034047 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 18 2024 00:01:24 | Regional Acceptance, 4770 Duke Drive, Suite 203, Mason, OH 45040-9010 |
| 15040670 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 18 2024 00:01:24 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 15034051 | | Email/Text: bankruptcy@sccompanies.com | Sep 17 2024 23:38:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 15052757 | + | Email/Text: bankruptcy@sccompanies.com | Sep 17 2024 23:38:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15034052 | + | Email/Text: bankruptcy@sccompanies.com | Sep 17 2024 23:38:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15070679 | | Email/PDF: ebn_ais@aisinfo.com | Sep 18 2024 00:00:56 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15034056 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 17 2024 23:37:00 | Verizon, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 15034057 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 17 2024 23:38:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15065371 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 17 2024 23:38:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennsylvania Municipal Service Company |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Sep 17, 2024 | Form ID: pdf900 | Total Noticed: 74

| | | |
|---|---|---|
| cr | | Wilmington Trust, National Association, not in its |
| cr | *+ | Planet Home Lending, LLC., 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Coleen A. Jeffrey
    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

Coleen A. Jeffrey
    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

Courtney Helbling
    on behalf of Creditor Pennsylvania Municipal Service Company chelbling@tuckerlaw.com

Denise Carlon
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 dcarlon@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott B. Lang
    on behalf of Debtor Roger David Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

Scott B. Lang
    on behalf of Joint Debtor Tina Marie Patterson langlaw.lang@gmail.com cajeffreyesquire@gmail.com

TOTAL: 9