**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　ROGER DAVID PATTERSON<br>　　TINA MARIE PATTERSON<br>　　　　Debtor(s) | Case No. 19-21533GLT |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/16/2019.

2) The plan was confirmed on 05/20/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/24/2019, 02/24/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 05/03/2024.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $68,036.36.

10) Amount of unsecured claims discharged without full payment: $23,891.82.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $103,889.00 |
| Less amount refunded to debtor | $2,251.30 |
| **NET RECEIPTS:** | **$101,637.70** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,027.02 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,527.02** |
| Attorney fees paid and disclosed by debtor: | $1,250.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AHN EMERGENCY GROUP OF JEFFEF | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | 1,034.43 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | 557.06 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 1,439.72 | NA | NA | 0.00 | 0.00 |
| CENTERS FOR REHAB SERVICES | Unsecured | NA | 316.49 | 316.49 | 87.01 | 0.00 |
| CENTRAL CARDIOVASCULAR ASSOC | Unsecured | 20.00 | NA | NA | 0.00 | Desc |
| CLEARVIEW FCU** | Unsecured | 593.38 | 593.38 | 593.38 | 163.14 | 0.00 |
| CMC | Unsecured | 42.22 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 455.00 | 455.35 | 455.35 | 125.19 | 0.00 |
| CREDIT ONE BANK | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| DENTAL WORKS | Unsecured | 5,557.00 | NA | NA | 0.00 | 0.00 |
| EBAY INC++ | Unsecured | 323.80 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP | Unsecured | 35.29 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| JACK MANNHEIMER MD | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 520.00 | 520.16 | 520.16 | 143.01 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 221.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 221.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 221.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON HILLS BOROUGH (REFUS | Unsecured | 679.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON HILLS BOROUGH (REFUS | Secured | 0.00 | 1,048.90 | 1,048.90 | 1,048.90 | 0.00 |
| JEFFERSON HILLS BOROUGH (SEWA( | Secured | NA | 457.44 | 457.44 | 457.44 | 0.00 |
| K JORDAN | Unsecured | 438.42 | 475.61 | 475.61 | 130.76 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MASSEYS | Unsecured | 356.53 | 371.53 | 371.53 | 102.14 | 0.00 |
| MEDEXPRESS URGENT CARE INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 429.53 | 429.53 | 429.53 | 118.09 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MONTGOMERY WARD** | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD** | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC GROUP | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERI | Unsecured | 918.91 | 978.03 | 978.03 | 268.88 | 0.00 |
| PENDRICK CAPITAL PARTNERS II LLC | Unsecured | NA | 385.00 | 385.00 | 105.85 | 0.00 |
| PENDRICK CAPITAL PARTNERS II LLC | Unsecured | NA | 385.00 | 385.00 | 105.85 | 0.00 |
| PENDRICK CAPITAL PARTNERS LLC | Unsecured | NA | 216.23 | 216.23 | 59.45 | 0.00 |
| PENDRICK CAPITAL PARTNERS LLC | Unsecured | 385.00 | 385.00 | 385.00 | 105.85 | 0.00 |
| PITTSBURGH PULMONARY AND CRI | Unsecured | 350.17 | 350.17 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 443.00 | 443.47 | 443.47 | 121.92 | 0.00 |
| PROGRESSIVE | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 26,241.00 | 26,292.57 | 26,292.57 | 26,292.57 | 15,497.92 |
| RONDA J WINNECOUR TRUSTEE/CLE | Priority | NA | 0.00 | 83.00 | 83.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLE | Priority | NA | 0.00 | 13.27 | 13.27 | 0.00 |
| SOUTH HILLS GASTRO ASSOCIATES | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| SOUTH HILLS GASTRO ASSOCIATES | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| SOUTH HILLS ORTHO SURGERY ASSO | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| SOUTH HILLS RADIOLOGY ASSOC(*) | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| STONEBERRY | Unsecured | 533.07 | 581.63 | 581.63 | 159.91 | 0.00 |
| THE SWISS COLONY | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| USX FEDERAL CREDIT UNION* | Unsecured | 2,316.25 | 1,976.00 | 1,976.00 | 543.25 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 182.04 | 182.04 | 50.05 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 1,587.06 | 1,556.75 | 1,556.75 | 427.99 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 0.00 | 3,226.32 | 3,226.32 | 886.99 | 0.00 |
| WEST PENN POWER* | Unsecured | 2,059.17 | 2,084.08 | 2,084.08 | 572.97 | 0.00 |
| WILMINGTON TRUST NA - TRUSTEE | Secured | 101,930.92 | 106,213.17 | 0.00 | 36,571.82 | 0.00 |
| WILMINGTON TRUST NA - TRUSTEE | Secured | 0.00 | 10,867.46 | 10,867.46 | 10,867.46 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $36,571.82 | $0.00 |
| Mortgage Arrearage | $10,867.46 | $10,867.46 | $0.00 |
| Debt Secured by Vehicle | $26,292.57 | $26,292.57 | $15,497.92 |
| All Other Secured | $1,506.34 | $1,506.34 | $0.00 |
| **TOTAL SECURED:** | **$38,666.37** | **$75,238.19** | **$15,497.92** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $96.27 | $96.27 | $0.00 |
| **TOTAL PRIORITY**: | **$96.27** | **$96.27** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$15,561.60** | **$4,278.30** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $6,527.02 |
| Disbursements to Creditors | $95,110.68 |
| **TOTAL DISBURSEMENTS** : | **$101,637.70** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2024                                        By:/s/ Ronda J. Winnecour
                                                                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**